IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00957-GPG
(**The above civil action number must appear on all future papers
   sent to the court in this action.  Failure to include this number
   may result in a delay in the consideration of your claims.**)

JAMES KERN,

      Plaintiff,

v.

C.O. (F.N.U.) ANDREWS,
LT. (F.N.U.) ALLEN,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, James Kern, is in the custody of the Federal Bureau of Prisons in

Forrest City, Arkansas.  Plaintiff, acting *pro se*, initiated this action by filing a "Complaint

for Damages for Conversion of Property," (ECF 1) based on events that occurred while

he was incarcerated at the F.C.I. Englewood in Colorado.  Plaintiff also submitted a

Motion for Leave to Proceed in Forma Pauperis (ECF 3) and an Application to Proceed

in District Court Without Prepaying Fees or Costs (ECF 4).  The Court has opened a

civil action pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of

Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted documents are deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims in this

Court in this action.  Any papers that Plaintiff files in response to this Order must include

the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___    is not submitted
2)     _xx_    is not on a proper Court-approved form (must use the Court's current Prisoner "Motion Pursuant to 1915 (Waive Fee) Complaint" form).
(3)    ___    is missing affidavit
(4)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)    ___    is missing certificate showing current balance in prison account
(6)    ___    is missing authorization to calculate and disburse filing fee payments
(7)    ___    is missing an original signature by the prisoner
(8)    _xx_    other: Plaintiff may pay the $400.00 filing fee in lieu of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(9)    ___    is not submitted
(10)   xx_    is not on proper form (must use the Court-approved Prisoner Complaint Form).
(11)   ___    is missing an original signature by the prisoner
(12)   ___    is missing page nos. ___
(13)   ___    uses et al. instead of listing all parties in caption
(14)   ___    names in caption do not match names in text
(15)   ___    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff shall use the forms in curing the deficiencies noted.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order** this action will be dismissed without

further notice.

      DATED:  May 7, 2015, at Denver, Colorado.

                          BY THE COURT:


                          s/ Gordon P. Gallagher
                          United States Magistrate Judge